DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

MERLYN M REYES

NORIEL B REYES

                         Debtors

) Chapter 13
) Case No. 09-60397 ASW
)
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
) Claimant:
) SUPERMEDIA
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $830.95. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

        Supermedia
        5601 Executive Dr
        Irving, TX 75038

                                              /s/ Devin Derham-Burk
                                        _____
Dated: April 27, 2015                  DEVIN DERHAM-BURK, Trustee